```
            FILED              RECEIVED
            ENTERED            SERVED ON
                     COUNSEL/PARTIES OF RECORD

               DEC 1 0 2012

            CLERK US DISTRICT COURT
              DISTRICT OF NEVADA
BY:                             DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

SCOTT TYZBIR,

        Plaintiff,

v.

KEN FURLONG, et al.,

        Defendants.

3:11-CV-00320-RCJ-WGC

O R D E R

The Court has considered the Report and Recommendation of United States Magistrate (ECF #32) entered on September 18, 2012, in which the Magistrate Judge recommends that the Court enter an order granting Defendants' Motion for Summary Judgment (ECF #25). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #32).

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (ECF #25) is GRANTED. The Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED this 10th day of December, 2012.

                                                ROBERT C. JONES
                                                UNITED STATES DISTRICT JUDGE